IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENT BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:08-cv-02384-WMA-PWG |
| | ) |
| SHERIFF TYLER RODEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 20, 2009, recommending that the plaintiff's federal claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted, and pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from a defendant who is immune from such relief. The magistrate judge further recommended that any state law claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has not responded to the report.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the plaintiff's federal claims are due to be dismissed for failing to state a claim

upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). Any state law claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

    DATED this 14th day of May, 2009.

                                                                     _____
                                                                     WILLIAM M. ACKER, JR.
                                                                      UNITED STATES DISTRICT JUDGE